THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. THE LABETTE LAND IMPROVEMENT COMPANY. No. 330. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. Nelson Case, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. WILLIAM THEOBALD. No. 327. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. Nelson Case, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. MARY E. NEWMAN. No. 329. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. W. J. Moore, and J. N. Dunbar, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. W. E. TURKINGTON. No. 326. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. W. J. Moore, and J. N. Dunbar, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. WILLIAM PIPER. No. 322. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. Nelson Case, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. E. L. CHRISTIE. No. 312. Error from Cherokee district court. Opinion filed August 18, 1898. *Affirmed*. T. N. Sedgwick, for plaintiff in error. M. E. Williams, for defendant in error.

S. W. LOGAN v. FRANK WHALEN. No. 304. Error from Franklin district court. Opinion filed August 18, 1898. *Affirmed*. J. W. Deford, for plaintiff in error. W. H. Clark, and G. A. Spaulding, for defendant in error.

CENTRAL DIVISION.

JAMES A. LOOMIS v. W. F. THAYER *et al.* No. 231. Error from Cowley district court. Opinion filed January 14, 1898. *Dismissed*. Z. Armstrong, and J. C. Stanley, for plaintiff in error. Eaton, Pollock & Love, for defendants in error.

E. HOWLAND v. W. F. THAYER *et al.* No. 257. Error from Harper district court. Opinion filed January 14, 1898. *Reversed*. Cook & Gossett, and J. R. Hammond, for plaintiff in error. George E. McMahon, for defendants in error.

GEORGE A. STEVENS v. J. W. McINTOSH. No. 335. Error from Harper district court. Opinion filed July 13, 1898. *Affirmed*. George E. McMahon, for plaintiff in error. Houston & McColloch, for defendant in error.

N. B. BLANTON v. PHELPS & BIGELOW WINDMILL COMPANY. No. 126. Error from Barber district court. Opinion filed May 14, 1898. *Affirmed*. W. W. S. Snoddy, for plaintiff in error. N. B. Carskadon, for defendant in error.

THE MERRIMAN PARK LAND COMPANY v. FLORENCE HARTLEY *et al.* No. 273. Error from Sedgwick district court. Opinion filed May 14, 1898. *Reversed*. O. A. Keach, for plaintiff in error.